UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABANTE ROOTER AND PLUMBING INC., <br><br> Plaintiff, <br><br> v. <br><br> YOUNGEVITY INTERNATIONAL, INC., <br><br> Defendant. | Case No. 18-cv-05887-VC <br><br> **ORDER OF DISMISSAL** |

Pursuant to the renewed notice of dismissal filed by Abante Rooter and Plumbing (Dkt No. 31), this case is dismissed with prejudice as to Abante's individual claims and without prejudice as to the putative class claims. Each party shall bear their own costs and fees.

**IT IS SO ORDERED.**

Dated: January 23, 2019

_____
VINCE CHHABRIA
United States District Judge